IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA EDMONDS,

    Plaintiff,
vs.                              CASE NO.:

BEST BUY STORES, L.P., d/b/a
BEST BUY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Best Buy Stores, L.P., (hereinafter "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. § 1446, files with this Court a Notice of Removal of the above-captioned matter from the Seventh Judicial Circuit, in and for Alachua County, Florida. In support of the removal of this action, Defendant states as follows:

1. Plaintiff Donna Edmonds has filed a civil action in the Circuit Court, Seventh Judicial Circuit, in and for Alachua County, Florida, Case No. 21-CA-00505, for claimed injuries allegedly due to an incident in which Ms. Edmonds allegedly tripped and fell on the Defendant's premises on November 29, 2019 in Alachua County, Florida. True and correct copies of all process and pleadings served by or upon Defendant, as provided by 28 U.S.C. § 1446(a), are attached hereto as Exhibit "A".

2. Defendant removes this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 and § 1441.

3. At the time of the incident alleged in Plaintiff's Complaint, Plaintiff was and remains a citizen and resident of Gilchrist County, Florida. (Complaint ¶ 2).

4. Defendant, at all relevant times, has been a domiciliary of the State of Minnesota, is incorporated in Virginia, and has its principal place of business in Minnesota.

5. The Complaint alleges the damages "exceed Thirty Thousand Dollars ($30,000.00)." (Complaint ¶1). Plaintiff's claimed damages include: bodily injury, pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of capacity for enjoyment of life, hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. (Complaint ¶12). Plaintiff claims these losses are either permanent or continuing and will continue to be suffered in the future. (*Id.*).

6. On June 11, 2021, the Plaintiff served a Proposal for Settlement, attached hereto as Exhibit "B," on Defendant in the amount of $500,000.00. Therefore, the amount in controversy exceeds $75,000.00. (See McPhail v. Deere & Co., 529 F.3d 947, 956 (10th Cir. 2008) (A plaintiff's reasonable proposed settlement amount is relevant evidence of the amount in controversy.)

2

7. According to the Plaintiff's medical billing records received to date, Defendant is aware of the following medical expenses alleged by the Plaintiff as a result of the alleged incident. The billing records are attached hereto as Exhibit "C."

| | |
|---|---|
| Shands at the University of Florida | $4,961.00 |
| UF Health | $14,531.00 |
| Kinetix Physical Therapy | $15,789.75 |
| **TOTAL:** | **$35,011.75** |

8. As listed above, Plaintiff's current known medical expenses are $35,011.75. However, it is unknown if these amounts include the right hip endoscopic gluteus medius repair, IT band release, and trochanteric bursa excision the Plaintiff underwent on March 2, 2021, as discussed in the Plaintiff's University of Florida Health Department of Orthopaedics records (attached hereto as Exhibit "D"). The surgical bills would likely increase the amount of Plaintiff's medical expenses by a number, either close to or exceeding $75,000.00. In addition to medical damages, the Plaintiff is claiming pain and suffering and mental anguish.

9. Defendant has filed this Notice of Removal within thirty (30) days of service of Plaintiff's Proposal for Settlement on June 11, 2021. Therefore, this Notice of Removal is timely.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of this removal to all parties and has filed a copy of this Notice of Removal in the Circuit Court, Seventh Judicial Circuit, in and for Alachua County, Florida.

11. The United States District Court for the Northern District of Florida, Gainesville Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this District Court pursuant to 28 U.S.C. §1441(a).

12. The amount in controversy in this case is greater than $75,000.00 exclusive of interest and costs, and there is complete diversity between the parties. Therefore, this United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

13. Pursuant to the rules of this Court, Defendant has submitted the $400.00 filing fee.

WHEREFORE, the Defendant respectfully requests that this Court accept the removal of this action from the Circuit Court, Seventh Judicial Circuit, in and for Alachua County, Florida.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 9th day of July 2021:

**Jeffrey M. Moody, Esquire**
Morgan & Morgan, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Email: jmoody@forthepeople.com; sbuckland@forthepeople.com
Telephone: 904-398-2722
Facsimile: 904-361-4473
*Attorneys for Plaintiff*

        **SAALFIELD SHAD, P.A.**

        /s/ Joseph B. Stokes, III
        _____
        **JOSEPH B. STOKES, III, ESQUIRE**
        Florida Bar Number: 897183
        Email (Primary) jstokes@saalfieldlaw.com
        Email (Secondary) llovein@saalfieldlaw.com;
        khosea@saalfieldlaw.com
        **RUBY JO CATHERINE SMITH, ESQUIRE**
        Florida Bar Number: 112741
        Email (Primary) rjcsmith@saalfieldlaw.com
        245 Riverside Avenue, Suite 400
        Jacksonville, FL 32202
        904-355-4401 (phone)
        904-355-3503 (facsimile)
        *Attorneys for Defendant*